```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 25836
   JAROSLAW POTAPA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5055

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 09/29/2008 and was not confirmed.

   The case was dismissed without confirmation 10/20/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE LLC   MORTGAGE NOTI  NOT FILED              .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                      --------------         --------------
TOTALS                      .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/27/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```